**Harry LEWIS, Plaintiff-Appellant,**

v.

**Meshulam RIKLIS and AITS, Inc.,
Defendants-Appellees.**

No. 979, Docket 78–7123.

United States Court of Appeals,
Second Circuit.

Argued May 18, 1978.
Decided May 22, 1978.

---

David Lopez, New York City, for plaintiff-appellant.

Martin A. Coleman, New York City (Toni Robinson and Rubin, Baum, Levin, Constant & Friedman, New York City, of counsel), for defendant-appellee Meshulam Riklis.

Before KAUFMAN, Chief Judge, and MULLIGAN and VAN GRAAFEILAND, Circuit Judges.

PER CURIAM:

This appeal from the judgment of the United States District Court for the Southern District of New York, Charles H. Tenney, *Judge*, is affirmed on the opinion below (S.D.N.Y.1978), 446 F.Supp. 582.